1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DONNA SMITH,<br><br>     Plaintiff,<br><br>     vs.<br><br>MAXIM HEALTHCARE SERVICES, INC.; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>     Defendants. | Case No.: CV12-04737 MMM (JCGx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: March 9, 2012<br>Trial Date:  June 18, 2013<br>Judge: Honorable Margaret M. Morrow |

Proposed Order granting

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, THE STIPULATION BETWEEN THE PARTIES TO DISMISS, WITH PREJUDICE, ALL CLAIMS FOR RELIEF IN THE ABOVE-CAPTIONED ACTION, IS GRANTED.

ALL CLAIMS FOR RELIEF IN THE ABOVE-CAPTIONED ACTION BROUGHT BY PLAINTIFF DONNA SMITH ARE HEREBY DISMISSED IN THEIR ENTIRETY WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated:  May 21, 2013         *Margaret M. Morrow*
_____
Honorable Margaret M. Morrow
United States District Court  Judge

Proposed Order granting